UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

**UNITED STATES OF AMERICA**

-vs-                                                                                                    Case No.  2:19cr20255-1 TLP

**ERIN PEALOR**

ORDER OF TEMPORARY DETENTION
PENDING HEARING[1] PURSUANT TO
BAIL REFORM ACT

Upon motion of the Government, it is **ORDERED** that a detention hearing is set for **WEDNESDAY**, **OCTOBER 16, 2019** at **10:00 A.M.** before United States Magistrate **Judge Tu M. Pham**  in **Courtroom 6, Third Floor**, United States Courthouse and Federal Building,  167 North Main, Memphis,  TN.  Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Date:   October 11, 2019

                                                                                             s/ Diane K. Vescovo
                                                                                       DIANE K. VESCOVO
                                                                    CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the government, or up to five days upon motion of the defendant.  18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the government or upon the judicial officer's own motion, if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.

AO 470 (8/85) Order of Temporary Detention