# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  Cr. No. <u>2:19-cr-20255-TLP</u> |
| **ERIN PEALOR,** | ) ) ) |
| Defendant. | ) |

## POSITION OF THE UNITED STATES
## WITH RESPECT TO SENTENCING FACTORS

Comes now the United States by and through counsel, D. Michael Dunavant, United States Attorney for the Western District of Tennessee, and Mark A. Erskine, Assistant United States Attorney, and notifies the Court of the position of the United States in accordance with § 6A1.2 of the <u>Sentencing Guidelines and Policy Statements.</u>

1. The undersigned attorney for the United States has received and reviewed the Presentence Report filed in this case.

2. The United States has no objections to the Presentence Report.

        Respectfully submitted,

        D. MICHAEL DUNAVANT
        United States Attorney

        <u>/s/ Mark A. Erskine</u>
        MARK A. ERSKINE
        Assistant United States Attorney
        167 N. Main, Room 800
        Memphis, TN 38103
        (901) 544-4231

## CERTIFICATE OF SERVICE

I, Mark A. Erskine, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing filing was electronically sent to Defense Counsel.

This date: July 8, 2020.

/s/ Mark A. Erskine
MARK A. ERSKINE
Assistant United States Attorney